IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GEORGE C. POPE, #R7890**                                                      **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO.   1:06cv1016WJG-RHW**

**MARGARET A. BINGHAM**                                                         **RESPONDENT**

<u>ORDER</u>

Upon consideration of the petition filed pursuant to 28 U.S.C. § 2254 by the petitioner in the above entitled action, the court notes that the petitioner failed to file an application to proceed <u>in forma pauperis</u> or submit the $5.00 filing fee.  Accordingly, it is hereby

ORDERED:

1.  That within twenty (20) days of the date of this order, petitioner shall file a completed application for leave to proceed <u>in forma pauperis</u> (attached) OR pay the $5.00 filing fee.

2.  **That Petitioner be informed that his failure to timely comply with the requirements of this order may lead to the dismissal of his petition.**

3.  The Clerk shall mail the attached <u>in forma pauperis</u> application to the petitioner at his last known address.

THIS, the <u>13th</u> day of October, 2006.

                                                                   s/Robert H. Walker
                                                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GEORGE C. POPE, #R7890**                                              **PETITIONER**

**VERSUS**                         **CIVIL ACTION NO.   1:06cv1016WJG-RHW**

**MARGARETT A. BINGHAM**                                              **RESPONDENT**

## MOTION TO PROCEED *IN FORMA PAUPERIS*

I,_____, declare that I am the petitioner in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of said proceedings or give security therefor; that I believe I am entitled to the relief.

Signed: _____        Date: _____

## AFFIDAVIT IN SUPPORT OF MOTION

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?                                    \_\_\_\_ Yes       \_\_\_ No
   If "yes" state the place of your incarceration _____

2. Are you presently employed (at the institution or otherwise)?         \_\_\_\_ Yes       \_\_\_ No
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. _____
   _____

   b. If the answer is "no," state the date of the last employment and the amount of the salary and wages per month which you received._____
   _____

3. Have you received within the past twelve months any money from any of the following sources?

      a. Business, profession or form of self-employment? ____ Yes ____ No
      b. Rent payments, interest or dividends? ____ Yes ____ No
      c. Pensions, annuities or life insurance payments? ____ Yes ____ No
      d. Gifts or inheritances? ____ Yes ____ No
      e. Any other sources? ____ Yes ____ No

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____
_____
_____.

4. Do you own cash, or do you have money in a checking or savings account?
____ Yes ____ No (Include any funds in prison accounts.)
If the answer is "yes," state the total value of the items owned. _____
_____
_____

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ____ Yes ____ No
If the answer is "yes," describe the property and state its approximate value. _____
_____
_____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
_____
_____
_____

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____     _____
                    Date                                                 Signature of Petitioner

## Certificate

I hereby certify that the petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said institution: _____ institution: _____.

_____     _____
      Date                                                 Authorized Officer of Institution